UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEN MEADOWS PARTNERS, LLP,<br><br>Plaintiff,<br><br>--against--<br><br>IVAN R. SABEL, GEORGE B. MCHENRY, THOMAS F. KIRK, CYNTHIA L. FELDMANN, ERIC A. GREEN, C. RAYMOND LARKIN, JR., THOMAS P. COOPER AND RISA J. LAVIZZO-MOUREY,<br><br>Defendants,<br><br>--and--<br><br>HANGER ORTHOPEDIC GROUP, INC.,<br><br>Nominal Defendant. | Case No. CV-05-4259(FB) (RM)<br>ECF Case<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

This matter having been brought before the Court by motion to admit Paul H. Dawes *pro hac vice* to appear and participate as counsel for Defendants Ivan R. Sabel, George B. McHenry, Thomas F. Kirk, Cynthia L. Feldmann, Eric A. Green, C. Raymond Larkin, Jr., Thomas P. Cooper and Risa J. Lavizzo-Mourey, and Nominal Defendant Hanger Orthopedic Group, Inc. in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bars of the state in which he is admitted to practice law, and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, on consent, pursuant to Local Civil Rule 1.3(c) of this Court, and upon payment of the $25 processing fee, Paul H. Dawes of the State of California bar and the State of New York bar is admitted *pro hac vice* to practice before this Court as counsel for Defendants Ivan R. Sabel, George B. McHenry, Thomas F. Kirk, Cynthia L. Feldmann, Eric A. Green, C. Raymond Larkin, Jr., Thomas P. Cooper and Risa J. Lavizzo-Mourey, and Nominal Defendant Hanger Orthopedic Group, Inc. in these proceedings.

Dated: _____, 2006

                                            Honorable Roanne L. Mann
                                            United States Magistrate Judge

**SO ORDERED:**
*/s/*
*Roanne L. Mann*
*U.S. Magistrate Judge*
*Dated:* 1/4/06